JMR/2005R00624

UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06- 386 |
| v. | : | 18 U.S.C. §§ 371, 922(g)(1) and 2 |
| CRAIG ORLER | : | I N F O R M A T I O N |

The defendant having waived in open Court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

**COUNT ONE**
(Conspiracy to Deal Firearms Without a License)

1.  At all times relevant to this Information:

   a.  Defendant CRAIG ORLER and co-conspirator Gabriel Carafa were residents of New Jersey.

   b.  Defendant CRAIG ORLER and co-conspirator Gabriel Carafa were not licensed to engage in the business of dealing in firearms.

2.  From at least as early as in or about April 2005 to on or about May 14, 2005, in Salem County, in the District of New Jersey and elsewhere, defendant

**CRAIG ORLER,**

did knowingly and willfully conspire and agree with co-conspirator Gabriel Carafa and others to commit offenses against the United States, that is, to engage in the business of dealing in firearms without having a license to do so, contrary to Title 18, United States Code, Section 922(a)(1)(A).

### Object of the Conspiracy

3. It was the object of the conspiracy to obtain firearms and ammunition and sell those firearms and ammunition for profit.

### Manner and Means of the Conspiracy

4. It was a part of the conspiracy that defendant CRAIG ORLER and co-conspirator Gabriel Carafa sold approximately twelve firearms to a confidential cooperating witness ("CW") for approximately $ 1,100 dollars.

### Overt Acts

In furtherance of the conspiracy and to effect its unlawful object, defendant CRAIG ORLER, co-conspirator Gabriel Carafa and others committed, and caused to be committed, the following overt acts in the District of New Jersey and elsewhere:

5. On or about April 25, 2005, in Salem County, New Jersey, co-conspirator Gabriel Carafa sold a Winchester Rifle to the CW for approximately $100.

6. On or about May 12, 2005, defendant CRAIG ORLER showed co-conspirator Gabriel Carafa approximately 12 guns and asked if co-conspirator Gabriel Carafa could sell them.

7. On or about May 14, 2005, in Salem County, New Jersey, co-conspirator Gabriel Carafa sold 11 firearms to the CW for approximately $1,100.

In violation of Title 18, United States Code, Section 371.

## COUNT TWO

### (Felon in Possession of Firearms)

On or about May 13, 2005, in Salem County, in the District of New Jersey, and elsewhere, the defendant

GABRIEL CARAFA,

having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court in the State of New Jersey, did knowingly possess in and affecting commerce the following firearms:

1. Winchester rifle, with an obliterated serial number;
2. Remington, Model 550-1, .22 caliber rifle;
3. JP Sauer and Sohn revolver, .32 caliber, serial number 316901;
4. Marlin, Model 55, 12 gauge shotgun;
5. Browning, 12 gauge shotgun, serial number OV27081;
6. Marlin, Model 336, .35 caliber rifle, serial number T1114;
7. Springfield, Model 67H, 12 gauge shotgun, serial number A025138;
8. Winchester, Ranger Model 120, 20 gauge shotgun, serial number L1754524;
9. Browning, Model Light 12, 12 gauge shotgun, serial number 47292;
10. Remington, Model Gamemaster 760, .30-06 caliber rifle, serial number 462289;
11. A. Francotte, double barrel shotgun, serial number 32061; and
12. Stevens, Model, 311, 12 gauge shotgun, serial number 5100.

In violation of Title 18, United States Code, Sections 922(g)(1) and 2.

*[signature]*
CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: _____

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

CRAIG ORLER

INFORMATION FOR

18 U.S.C. §§ 371, 922(g) and 2

*CHRISTOPHER J. CHRISTIE*
U.S. ATTORNEY
NEWARK, NEW JERSEY

*JASON M. RICHARDSON*
Assistant U.S. Attorney
Camden, New Jersey
(856) 757-5026

USA-48AD 8
(Ed. 1/97)

- 4 -